NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3058

GERALD E. JUELS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Boar in
SF0353080093-I-1.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Gerald E. Juels moves for an extension of time, until February 11, 2009, to file

his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Gerald E. Juels
       Amanda L. Tantum, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2009

JAN HORBALY
CLERK